[No. 20125–5–I. Division One. July 24, 1989.]

KATHRYN S. BURKE, ET AL, *Respondents,* v. RENTON
MORTGAGE & ESCROW, INC., ET AL, *Defendants,*
WELDON THOMPSON, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 847617, Sharon S. Armstrong, J., entered February 24, 1987. *Affirmed* by unpublished opinion per Carroll, J. Pro Tem., concurred in by Scholfield and Pekelis, JJ.

The unpublished opinion in this cause, which was filed on March 13, 1989, is *withdrawn* by order dated July 24, 1989.

[No. 22514–6–I. Division One. July 24, 1989.]

MARJORIE SMITH, ET AL, *Appellants,* v. THE STATE
OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–13104–5, Anthony P. Wartnik, J., entered June 1, 1989. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Grosse, A.C.J., and Forrest, J.

[No. 22232–5–I. Division One. July 24, 1989.]

FREDERICK E. WESTHOFF, ET AL, *Appellants,* v. JOSEPH
NELLIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86–2–00981–3, David A. Nichols, J., entered April 15, 1989. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Webster, JJ.